UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRALLAN PEREZ ALARCON,<br><br>Defendant. | **INDICTMENT**<br><br>25 Cr. 461 |

## COUNT ONE
### (Threatening to Assault a Federal Law Enforcement Officer)

The Grand Jury charges:

1.    On or about September 20, 2025, in the Southern District of New York and elsewhere, BRALLAN PEREZ ALARCON, the defendant, did threaten to assault, kidnap, and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties, to wit, PEREZ ALARCON made multiple 911 calls to the Spring Valley Police Department and the Ramapo Police Department in which he threatened to shoot any United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") agents who knock on his door or are present on his property.

(Title 18, United States Code, Section 115(a)(1)(B).)

*Jay Clayton*

JAY CLAYTON
United States Attorney