# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 16, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2026

VIA EMAIL AND ECF

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:    *United States v. Brallan Perez Alarcon*, 25-cr-461 (NSR)

Dear Honorable Judge Román:

Mr. Perez Alarcon wishes to appeal the bail determination by Judge McCarthy on December 12, 2025, detaining him based on risk of flight. He is requesting that the appeal take place following our status conference next week on April 24, 2026, at 11:00 a.m.

I am attaching a copy of the transcript of the bail hearing before Judge McCarthy and respectfully request that this appeal be heard at our conference next week.

Thank you for your time and consideration.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender
Attorney for Brallan Perez Alarcon

cc:    Jorja Knauer, AUSA
       Patricia Renville, AUSA

Attachment

**Defendant's request to conduct an appeal conference is GRANTED. The appeal conference will be held in conjunction with the previously scheduled pretrial conference on April 24, 2026, at 11:00 a.m.**

**Dated: April 17, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

*MEMO ENDORSED*