AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

UNITED STATES OF AMERICA

V.

Brallan Perez Alacron

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 7:25-cr-00461-NSR-1

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Nelson S. Román, U.S.D.C
_____
Name of Judge                    Title of Judge

6/4/2026
_____
Date